1048

[No. 71855-0-I.   Division One.   November 2, 2015.]

TRACI TURNER, *Appellant*, v. VULCAN, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 12-2-03514-8, Patrick H. Oishi, J., entered October 6, 2011 and June 8, 2012, and Bruce E. Heller, J., entered April 1, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 72053-8-I.   Division One.   November 2, 2015.]

DBM CONSULTING ENGINEERS, INC., *Respondent*, v. JOSEPH D. SANDERS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-27684-9, James D. Cayce, J., entered June 2, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 72415-1-I.   Division One.   November 2, 2015.]

DAVID PONCE ET AL., *Individually and as Copersonal Representatives*, *Appellants*, v. THE MOUNTAINEERS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-16394-4, Roger Rogoff, J., entered July 18, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Leach, J.